On February 24, 1987, this court unanimously, with opinion, remanded this cause for a hearing under the opinion of the U.S. Supreme Court in Batson v. Kentucky, 476 U.S. 79,106 S.Ct. 1712, 90 L.Ed.2d 69 (1986) and Ex Parte Branch, 526 So.2d 609
(Ala. 1987).
There was a delay in filing a return in this court and, as a result thereof, this court made inquiry as to the status of the cause and received the following reply as a return to remandment:
 "February 8, 1989 "Honorable Mollie Jordan "Clerk — Court of Criminal Appeals "State of Alabama "Post Office Box 351 "Montgomery, Alabama 36101
 "Re: 6 Div. 45 "Ronald Ricks, alias v. State "Jefferson County — Circuit Court 85-3029
"Dear Ms. Jordan:
 "Reference is made to your letter of February 3rd, concerning the above-named *Page 292 
individual and the status of his case on remand before this Court.
 "The Court received notification of the Court of Criminal Appeals ruling on September 11, 1987 and set the case for a hearing on November 9, 1987 at 10:00 a.m. On November 9th it was determined that the defendant had not been returned to the Jefferson County Jail and was subsequently set over until November 20, 1987 for a hearing. On November 20, 1987 the State and defense by agreement, agreed that the case should be reversed on the remandment as the prosecutor who had prosecuted this case at trial was no longer with the Jefferson County District Attorney's Office but in fact was residing in Gulf Shores, Alabama and the expense of returning Mr. Sanders back for testimony would be prohibitive. As a result an agreement was reached whereby this case was reversed and a new plea entered wherein the defendant entered a plea of guilty to the offense of Theft of Property in the First Degree, received a ten (10) year sentence and credit for all jail and was given probation at that time for a period of two (2) years.
 "It should be further noted that on August 8, 1988 a probation violation was issued against the defendant for commission of a new offense, which revocation matter is still pending before this Court. I have enclosed a copy of the case action summary sheets for this case along with a copy of the remandment order from the Court of Appeals.
 "If you need further information from this Court, please let me know.
"Very truly yours,
 /s/ James S. Garrett Circuit Judge"
In accordance with the return herewith filed, this appeal is hereby dismissed.
APPEAL DISMISSED.
All the Judges concur.